**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Winfred Thomas Barrett, III
Attorney at Law
3401 Ryan St., Suite 307
Lake Charles LA 70605

Jennifer Jones
Jones Law Firm
P. O. Drawer 1550
Cameron LA 70631


**REHEARING ACTION: October 17, 2012**


**Docket Number: 12   00493-CW**

**RONALD L. MOORE AND JOY MOORE**
**VERSUS**
**ROBERT D. WARD, ET AL.**

**Writ Application from Sabine Parish Case No. 62759**


<u>**BEFORE JUDGES**</u>:

 **Hon. Billy Howard Ezell**
 **Hon. J. David Painter**
 **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ronald L. Moore and Joy Moore** has this day been

 **DENIED.**
 Ezell, J., would grant a rehearing.


cc: Charlotte J. Sawyer, Counsel for  the Respondent
    Douglas M. Kleeman, Counsel for  the Respondent
    Robert Julius Williams, Counsel for the Applicant